### CAMP, sheriff of Erie, *vs.* GARR, gentleman, one, &c.

A sheriff cannot charge a plaintiff with a *printer's bill* for advertising real estate under an execution for a longer time than *six weeks,* unless the plaintiff has authorized a postponement beyond the six weeks, or subsequently recognized or assented to such postponement.

SHERIFF's fees on execution. This was an action against April 7. the defendant as the attorney, who had issued a *fi. fa.* for the fees of the sheriff of Erie, on the execution, and for the *printer's bill* in advertising the real estate of the defendant for sale. The advertisement was commenced on the 9th September, 1828, sale to be on the 15th October. The sheriff postponed the sale from time to time until the 18th November, when the plaintiff's attorney having on the 3d Novem-

ber signified his assent to a postponement of the sale for sixty days, the sheriff adjourned the sale to the 13th January, 1829, when, without farther direction, he postponed the sale from time to time until the 10th November, 1829, during all which time the advertisement was continued in a newspaper. The plaintiff in the execution having directed a *testatem fi. fa.* in the same cause, issued to the sheriff of New-York, to be returned *satisfied*, the advertisement in *Erie* was discontinued, and the sheriff claimed to recover of the attorney the whole amount of the printer's bill for advertising from September, 1828, to November, 1829. The defendant in this suit having obtained an order for the taxation of the sheriff's bill, certain items were deducted, but the defendant being dissatisfied with the amount at which the bill was taxed, appealed from the taxation.

*By the Court,* SAVAGE, Ch. J. The sheriff is entitled to poundage on the sum directed to be levied, to his *advertising fee,* to the amount of the *printer's bill* for *six weeks,* and as much longer time as the defendant in this cause authorized a postponement of the sale, or subsequently recognized or assented to a postponement, and to the fee allowed by the statute for *returning the execution;* beyond these items the plaintiff has no claim upon the defendant. Let a retaxation he had accordingly.